===============================================================================

### * * * * * *UNITED STATES DISTRICT COURT* * * * *

_____ *NORTHERN* _____ DISTRICT OF _____ *NEW YORK* _____

JUDGMENT IN A CIVIL CASE

DOCKET NO.    1:04cv963 (GLS/DRH)

IRINA KHAITOV,

Plaintiff(s),

v.

DAYTON HUDSON CORPORATION,
d/b/a Target Corporation

Defendant(s).


_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.


____x____ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

that Defendant's Motion for Summary Judgment is GRANTED and

the complaint is dismissed in its entirety, in accordance with the Oral Decision & Order entered on May 18, 2006 by the Hon. Gary L. Sharpe, US District Judge.


Clerk of Court

DATE: May 18, 2006 _____

s/WILLIAM J. GRIFFIN

By: _____

DEPUTY CLERK